IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA, WESTERN DIVISION

IN RE: DERICK MORRING BEEM, )
a/k/a DEREK BEEM )
)
)
DEBTOR. ) CASE NO: 14-71833
)

## MOTION TO APPROVE COMPROMISE PURSUANT TO RULE 9019 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE

**COMES NOW** the Debtor, Derick Morring Beem (also known as "Derek Beem") and John Newcomb, M.D. (individually), West Alabama Emergency Physicians, P.C., and Nouveau Solutions, LLC (collectively referred to hereinafter as "Newcomb"), and move (this "Motion") the Court, pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure, for entry of an order approving a settlement by and between the Debtor and Newcomb. In support of this Motion, the Parties respectfully aver as follows:

1. This Court has jurisdiction over this Motion under 28 U.S.C. §§ 157 and 1334. Venue is proper in this district under 28 U.S.C. §§ 1408 and 1409. This is a core proceeding as defined in 28 U.S.C. § 157(b)(2).

2. Rule 9019 of the Federal Rules of Bankruptcy Procedure provides the basis for the relief requested herein.

3. Debtor filed a voluntary petition for relief under chapter 13 of the United States Bankruptcy Code on October 20, 2014 (the "Petition Date").

4. Debtor listed a claim of $100,000 against West Alabama Emergency Physicians, P.C. for vacation and back pay on Schedule B of his Petition.

5. Nouveau Solutions, LLC filed Proof of Claim #15 seeking contribution related to a claim made by the Department of Justice.

6. West Alabama Emergency Physicians, PC filed Proof of Claim #14 seeking contribution related to a claim made by the Department of Justice.

7. John Newcomb filed Proof of Claim #13 seeking contribution related to a claim made by the Department of Justice.

8. While any obligation to the Department of Justice is denied, it is believed that the contribution claims made by Newcomb against Debtor would exceed $100,000.

9. The Parties have settled all claims related to each other. The Mediated Settlement Agreement containing the terms of the settlement is attached hereto as "Exhibit A".

10. The Parties have provided actual notice of the terms of this Motion and the relief requested herein to all appearing on the matrix of creditors in the Debtors' bankruptcy case including the Bankruptcy Administrator.

11. Rule 9019 of the Bankruptcy Rules provides that "[o]n motion by the trustee and after notice and a hearing, the court may approve a compromise or settlement." Fed. R. Bankr. P. 9019(a). In determining whether or not to approve a settlement, the proper focus of the court's inquiry should be on whether or not the proposed settlement is fair and equitable under the circumstances of the case. *In re Aloha Foundation, Inc.*, 257 B.R. 83, 87-88 (Bankr. N.D. Ala. 2000).

12. In evaluating whether a proposed settlement is fair and equitable and in the best interests of the estate, courts consider the following factors:

> (a) The probability of success in the litigation;
>
> (b) The difficulties, if any, to be encountered in collecting any judgments that might be rendered;
>
> (c) The complexity of the litigation involved, as well as the expense, inconvenience and delay necessarily attendant to the litigation; and
>
> (d) The paramount interest of creditors with proper deference to their reasonable views.

*Id.* at 88, *citing Wallis v. Justice Oaks II, Ltd. (In re Justice Oaks II, Ltd.)*, 898 F.2d 1544, 1549 (11th Cir. 1990).

13. The proposed settlement satisfies the aforementioned factors. Litigation of the Proofs of Claim and/or the claim by Debtor would be costly and time consuming. Furthermore, protracted litigation does not guaranty that as much money will be available to pay creditors of the bankruptcy estate. However, the proposed settlement, if approved, will cause all of the Proofs of Claims filed by Newcomb to be withdrawn, providing a substantial benefit to the Debtor's estate. Further, because the payment by the Debtor will not be made until six (6) months after he receives his discharge, the payment does not prejudice any other creditor. Moreover, the member interest in Nouveau Solutions, LLC, referenced in the settlement is of no value to the Estate, as Nouveau Solutions, LLC has also filed a Chapter 7 bankruptcy petition.

14. Based on the foregoing, the Debtor, in the exercise of his business judgment has determined that the proposed settlement is fair and reasonable and is in the best interests of the bankruptcy estate and its creditors. Newcomb, West Alabama Emergency Physicians, P.C. and

3

Nouveau Solutions, LLC join in with the Debtor in asking this Court to approve the proposed settlement.

**WHEREFORE, PREMISES CONSIDERED**, Parties respectfully request that this Court (1) grant this Motion and allow the Debtor to execute all documents necessary to consummate the proposed settlement; (2) enter an order approving the proposed settlement and withdrawing the Proof of Claims 13, 14, and 15 identified herein; and (5) grant such other and further relief as this Court deems proper and appropriate.

Dated: April 15th, 2015.

Respectfully submitted,

*/s/ Lee R. Benton*

Lee R. Benton (ASB-8421-E63L)
Attorney for Newcomb, Nouveau Solutions, LLC and West Alabama Emergency Physicians, P.C.

OF COUNSEL:
BENTON & CENTENO, LLP
2019 3rd Avenue North
Birmingham, Alabama 35203
Phone: 205-278-8000
Email: lbenton@bcattys.com

4

## CERTIFICATE OF SERVICE

I hereby certify that on the 15th day of April, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM-ECF system, which will send notification of such filing to the CREDITOR MATRIX (attached) and all parties requesting electronic service as follows:

Eric M. Wilson, Attorney for Beem
1902 8th Street
Tuscaloosa, Alabama 35041

Randal S. Ford, Attorney for Beem
P.O. Box 20468
Tuscaloosa, Alabama 35402-0468

C. David Cottingham
Chapter 13 Trustee
701 22nd Avenue, Suite 4
P.O. Drawer 020588
Tuscaloosa, Alabama 35402

/s/ Jamie A. Wilson
Of Counsel

5

Case 14-71833-JHH13    Doc 50    Filed 04/15/15    Entered 04/15/15 10:10:39    Desc Main
Document    Page 5 of 11

# MEDIATED SETTLEMENT AGREEMENT
## April 9, 2015

This Agreement is by and between John Newcomb, M.D. ("Newcomb"), West Alabama Emergency Physicians, P.C. ("WAEP"), Nouveau Solutions, LLC ("Nouveau"), and Derek Beem ("Beem").

WHEREAS, the parties did agree to consentually mediate certain disputed issues arising out of the business operations of Nouveau and/or WAEP, and/or their prior relationships, and,

WHEREAS, said mediation occurred on April 9, 2015 with Daniel D. Sparks serving as mediator, and,

WHEREAS, the parties have reached a resolution of certain disputes which they hereby reduce to writing,

NOW, THEREFORE, it is AGREED as follows:

1.  Beem shall pay the single sum of $5,000.00 to Newcomb, payable without interest, and due on the date which is six months after Beem receives his discharge in the pending Chapter 13 Case number 14-71833-JHH-13, or within six months of the date when said bankruptcy case is dismissed, whichever shall first occur. Beem shall further on demand relinquish all right, title and interest in and to Nouveau to Newcomb and/or shall consent to the dissolution of Nouveau, whichever Newcomb may at any time direct. This Mediated Settlement Agreement shall be contingent upon bankruptcy court approval. Neither WAEP nor Nouveau nor Newcomb will seek to add or cause Beem to be added as a party to any civil action.

2.  Newcomb shall initiate no phone calls, e-mails, texts, or correspondence to Beem regarding or related to collection of said $5,000.00 sum as set forth in paragraph 1 above. Should Newcomb desire to make contact with Beem, he shall do so only through Beem's attorney, Randall Ford.

3.  In the event of bankruptcy court approval of the terms of this Mediated Settlement Agreement, and the payments and transfers contemplated thereby then each of the parties hereto shall exchange mutual releases. Said mutual releases shall be general releases of all claims, liabilities, contracts, obligations, disputes, or disagreements of any kind, past, present, or future, known or unknown, each to the other, the sole exception being the covenants and agreements arising out of this Mediated Settlement Agreement. In such event, Beem shall dismiss with prejudice any and all pending causes of action against any of the parties, and specifically any pending cause of action against Newcomb or West Alabama Family Physicians, PC.

**EXHIBIT A**

4. To memorialize Beem's acquiescence to this Mediated Settlement Agreement, he has signed the attached handwritten Exhibit A.

_____
John Newcomb, M.D.

_____
Lee Benton
Attorney for John Newcomb, M.D.

/ See Exhibit A for Signature /
Derek Beem

/ See Exhibit A for Signature /
Randal S. Ford,
Attorney for Derek Beem

x_____
West Alabama Emergency Physicians, P.C.

By: Jimmy Tu
Its President

x_____
Nouveau Solutions, LLC
By: John Newcomb
Its Managing Partner

[020256-00001/891930/1]    2

Case 14-71833-JHH13    Doc 50    Filed 04/15/15    Entered 04/15/15 10:10:39    Desc Main
Document    Page 7 of 11

# Exhibit A.

$5000 w/ no interest payable w/in 6 months after Been receives a discharge in bankruptcy or when the bankruptcy case is dismissed subject to approval by the bankruptcy court

*Randal Ford*

Only contact Been through his attorney. No phone calls, emails, texts, or letters, etc about the payment in any way, shape or form.

Been relinquishes all right, title and interest in NS and transfers all his shares to John Newcomb. NS and Been release each other from all liabilities, contracts, agreements and any and all obligations, one unto the other. Or dissolve it

Neither WAEP & NS nor Newcomb or TV will add, or cause to be added, Been to the current case 7:13-CV-1538-SLB (the False Claims Act case)

Derek N. Been
*[signature]*
4-9-15

Randal S Ford
*[signature]*
4-9-15

```
Label Matrix for local noticing        Capital One Auto Finance          JPMORGAN CHASE BANK, N.A.
1126-7                                  P.O. Box 201347                   3415 Vision Drive
Case 14-71833-JHH13                     Arlington, TX 76006-1347          Columbus, OH 43219-6009
NORTHERN DISTRICT OF ALABAMA
Tuscaloosa
Wed Apr 15 09:27:49 CDT 2015

U. S. Bankruptcy Court                  AT & T                            Airgas South Inc
2005 University Blvd., Room 2300        P. O. Box 538695                  PO Box 532609
Tuscaloosa, AL 35401-1546               Atlanta, GA 30353-8695            Atlanta, GA 30353-2609


Alabama Power                           Alagasco                          American InfoSource LP as agent for
915 Queen City Avenue                   605 Richard Arrington Jr Bl N     Midland Funding LLC
Tuscaloosa, AL 35401-2339               Birmingham, AL 35203-2707         PO Box 268941
                                                                          Oklahoma City, OK  73126-8941


Beckman Coulter                         Canteen Coffee Vendor             Capital One
3353 Peach TreeN                        1207 17th Street                  PO Box 60599
Suite 200                               Tuscaloosa, AL 35401-4731         City of Industry, CA 91716-0599
Atlanta, GA 30326-1053


Capital One Auto Finance, c/o Ascension Capi   Captial One Auto Finance   Chase Mortgage
P.O. Box 201347                         PO Box 60511                      PO Box 24696
Arlington, TX 76006-1347                City of Industry, CA 91716-0511   Columbus, OH 43224-0696


Christina Beem                          Citi                              Comcast
651 Camille Lane                        PO Box 6004                       3008 Airpark Drive S
Tuscaloosa, AL 35405-6358               Sioux Falls, SD 57117-6004        Flint, MI 48507-3489


Cook's Pest Control                     Cook's Pest Control               DCH Regional Medical
C/O Donald J Sides General Counsel      PO Box 70308                      809 University Blvd E
PO Box 669                              Tuscaloosa, AL 35407-0308         Tuscaloosa, AL 35401-2071
Decatur, AL 35602-0669


DCH Regional Medical Center             Department of Justice (HHSOIG)    ECAST SETTLEMENT CORPORATION ASSIGNEE OF CIT
c/o Dishcuk & LaCoste                   US Attorney                       NA
PO Box 20677                            1801 4th Avenue North             POB 29262
Tuscaloosa, Al 35402-0677               Birmingham, AL 35203-2101         NEW YORK NY 10087-9262


Eagle Pharmacy                          HIBU Inc FKA Yellowbook Inc MABD  Henry Schein
2200 Riverchase Center                  C/O Rauch-Milliken International Inc   C/O Allen Maxwell & Silver
Birmingham, AL 35244-2866               PO Box 8390                       190 Sylvan Avenue
                                        Metairie, LA 70011-8390           Englewood Cliffs, NJ 07632-2533


Henry's Schein                          Hibu                              Home Health
C/O Ag Adjustments                      2201 Rensissance Blvd             PO Box 2058
740 Walt Whitman Road                   King of Prussia, PA 19406-2707    Tuscaloosa, AL 35403-2058
Melville, NY 11747-2212
```

| | | |
|---|---|---|
| Home Medical Equipment<br>PO Box 2058<br>Tuscaloosa, AL 35403-2058 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | J & J Telephone Inc<br>3925 Andrews Street East<br>Tuscaloosa, AL 35405-3202 |
| JPMorgan Chase Bank, N.A.<br>Mail Code LA4-5555<br>700 Kansas Lane<br>Monroe LA 71203-4774 | Jerry's<br>2317 Jack Warner Pkwy NE<br>Tuscaloosa, AL 35401-1033 | John Newcomb, MD<br>c/o Lee R. Benton, Esq.<br>2019 Third Avenue North<br>Birmingham, Alabama 35203-3301 |
| KHEAA<br>PO BOX 798<br>FRANKFORT KY 40602-0798 | KSI<br>1600 Tysons Boulevard<br>Site 1400<br>Mc Lean, VA 22102-4865 | Kentucky Higher Education<br>PO Box 24328<br>Louisville, KY 40224-0328 |
| Kyle Office Solutions<br>PO Box 1909<br>Tuscaloosa, AL 35403-1909 | Labcorp<br>PO Box 2240<br>Burlington, NC 27216-2240 | Lawrence Hitt & Pugh LLP<br>513 Energy Center Boulevard<br>Northport, AL 35473-5805 |
| Lowe<br>PO Box 530914<br>Atlanta, GA 30353-0914 | MASA<br>1001 Centennial Way<br>Suite 300<br>Lansing, MI 48917-8249 | Medical Imaging System<br>2900 6th Ave S<br>Birmingham, AL 35233-2902 |
| Northport Water<br>PO Box 627<br>Northport, AL 35476-0627 | Nouveau Solutions<br>15643 Compass Drive<br>Northport, AL 35475-3923 | Nouveau Solutions, LLC<br>c/o Lee R. Benton, Esq.<br>2019 Third Avenue North<br>Birmingham, Alabama 35203-3301 |
| Nutritional Resources<br>3101 Park Center Drive<br>Alexandria, VA 22302-1500 | Office Depot<br>PO Box 9029<br>Des Moines, IA 50368-9029 | Optum<br>C/O Recieveable Management Services<br>PO Box 280431<br>East Hartford, CT 06128-0431 |
| PDRx<br>727 N Ann Arbor Ave<br>Oklahoma City, OK 73127-5822 | PNC Bank<br>2330 University Blvd<br>Tuscaloosa, AL 35401-1599 | Peyton C. Cochrane, Tax Collector<br>714 Greensboro Ave, Room 124<br>Tuscaloosa, AL 35401-1872 |
| Pitney Bowers and First Care PC<br>C/O McCarthy Burgess & Wolff<br>The MB&W Building 26000 Cannon Road<br>Bedford, OH 44146-1807 | Pitney Bowes and First Care PC<br>C/O McCarthy Burgess & Wolff<br>The MB&W Building 26000 Cannon Road<br>Bedford, OH 44146-1807 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 |
| Richard O'Neal, US Attorney<br>1801 Fourth Avenue N<br>Birmingham, AL 35203-2101 | Robert Williams<br>4416 Carrol Street<br>Northport, AL 35475-5904 | Sanford Heat & Cool<br>PO Box 291<br>Coker, AL 35452-0291 |

| | | |
|---|---|---|
| Tinco<br>1630 Plantation Road<br>Tuscaloosa, AL 35405-5581 | Tuscaloosa County Tax<br>124 Courthouse 714 Greensoboro Avenue<br>Tuscaloosa, AL 35401 | Veolia Environmental Servicers<br>PO Box 430<br>Moody, AL 35004-0430 |
| Weatherford Office Supply<br>400 20th Ave<br>Tuscaloosa, AL 35401-1536 | Wells Fargo Bank<br>PO Box 5058 MAC P6053-021<br>Portland, OR 97208-5058 | West Alabama Emergency Physicians, PC<br>c/o Lee R. Benton, Esq.<br>2019 Third Avenue North<br>Birmingham, Alabama 35203-3301 |
| Wycomp<br>1800 McFarland Blvd<br>Suite 310<br>Tuscaloosa, AL 35406-2180 | Yellow Book<br>6300 C Street<br>Cedar Rapids, IA 52404-7470 | Yellow Book<br>C/O David Chip Scwartz<br>PO Box 11366<br>Birmingham, AL 35202-1366 |
| C David Cottingham<br>Chapter 13 Standing Trustee<br>701 22nd Avenue, Suite 4<br>P O Drawer 020588<br>Tuscaloosa, AL 35402-0588 | Derick Morring Beem<br>708 Haymarket Lane<br>Tuscaloosa, AL 35405-9743 | Eric M Wilson<br>The Law Firm of Eric M. Wilson, LLC<br>1902 8th Street<br>Tuscaloosa, AL 35401-2128 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Portfolio Recovery Associates, LLC
POB 41067
Norfolk VA 23541

End of Label Matrix
Mailable recipients    71
Bypassed recipients     0
Total                  71